ERIC GRANT
United States Attorney
J. DOUGLAS HARMAN
Assistant U.S. Attorney
501 I Street, Suite 10-100
Sacramento, CA 95814
(916) 554-2700

Attorneys for Plaintiff
United States of America

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | 2:25-po-00255-CSK |
| Plaintiff, | ) ) | [Proposed] MODIFIED ORDER TO DISMISS AND VACATE BENCH TRIAL; CERTIFICATE OF SERVICE |
| v. | ) ) | |
| RUSSELL M. DUNBAR, | ) ) | DATE: November 12, 2025 TIME: 10:00 a.m. |
| Defendant. | ) | JUDGE: Honorable Chi Soo Kim |

It is hereby ordered that the plaintiff United States of America's Motion to Dismiss the violation number in Case Number 2:25-po-00255-CSK is GRANTED.

It is further ordered that the bench trial scheduled on November 12, 2025, and all other dates set are vacated.

IT IS SO ORDERED.

Dated: October 29, 2025

_____
HON. CHI SOO KIM
United States Magistrate Judge

ORDER TO DISMISS
AND VACATE BENCH TRIAL                         1                    U.S. v. RUSSELL M. DUNBAR